# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-3679

_____

Ryan Ray Corman

*Plaintiff - Appellant*

v.

Jonathan Byers, Assistant State Attorney General; Loralyn Waltz, Probation
Agent, NDDOCR P&P; Wade Price, Probation Agent; Chad Torgeson, Probation
Agent; Jim Vigness, Detective, GFPD

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of North Dakota - Fargo

_____

Submitted: July 3, 2014
Filed: July 9, 2014
[Unpublished]

_____

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ryan Ray Corman appeals from the order of the District Court[1] granting summary judgment to defendants on his civil rights claims related to his classification as a sex offender and his civil commitment. We have carefully reviewed the record and the parties' arguments on appeal, and we affirm for the reasons stated by the District Court. See 8th Cir. R. 47B. We deny Corman's motion for appointment of counsel.

—————————————————————

[1]The Honorable Ralph R. Erickson, Chief Judge, United States District Court for the District of North Dakota.